# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>IAN O. MAUSNER and EVOLUTION LENDING, LLC,<br><br>　　Defendants. | Case No.: 3:25-cv-01591-BTM-VET<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT MAUSNER AND DISMISSAL OF CLAIMS AGAINST DEFENDANT EVOLUTION LENDING**<br><br>**[ECF NO. 6]** |

　　The parties have jointly moved the Court to enter final judgment against Ian O. Mausner. (ECF No. 6.) The parties have also jointly moved and stipulated that the SEC's claims against Evolution Lending, LLC, are to be dismissed with prejudice. (*Id.*)

　　The Court **GRANTS** the motion. Final judgment will be entered against Defendant Mausner. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims against Defendant Evolution Lending, LLC, are dismissed with prejudice.

　　**IT IS SO ORDERED.**

Dated: January 12, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge